Douglas STALLWORTH, Plaintiff–Appellant,

v.

Dalton MAJORS, Detective; Todd Brewer, Special Federal Agent; Unknown Agents, Defendants–Appellees.

No. 11–7569.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 23, 2012.

Douglas Lee Stallworth, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Stallworth appeals the district court's orders dismissing under 28 U.S.C. § 1915A(b) (2006) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and 42 U.S.C. § 1983 (2006), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stallworth v. Majors,* No. 7:11–cv–00389–JPJ–RSB, 2011 WL 5005316 (W.D.Va. Oct. 19, 2011) & (Nov. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*